ACCEPTED
01-15-00629-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 12:04:04 PM
CHRISTOPHER PRINE
CLERK

IN THE
FIRST COURT OF APPEALS
OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 12:04:04 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| DAVID ERNEST WILLIAMS | § | |
| | § | |
| VS. | § | CASE NO. 01-15-00629-CR |
| | § | |
| THE STATE OF TEXAS | § | |

## MOTION TO EXTEND TIME WITHIN WHICH TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, DAVIS ERNEST WILLIAMS, appellant in the above-styled and numbered cause, by and through her attorney of record, Daucie Schindler, and respectfully moves the Court for an extension of time within which to file the appellate brief, and for cause would show the Court as follows:

I.

Mr. Williams was charged with the felony offense of sexual assault of a child younger than 17years of age. On, July 6, 2015, Mr. Williams was convicted as charged and sentenced to an automatic life imprisonment in the Institutional Division of the Texas Department of Criminal Justice.

II.

Mr. Williams filed timely notice of appeal and on July 7, 2015, undersigned counsel, of the Harris County Public Defender's Office was appointed to represent him on appeal.

III.

The appellate brief is due to be filed with the Court on or before November 13, 2015. One previous extension has been requested.

IV.

Undersigned counsel has been working simultaneously on the Paz v. State, State v. Branch, Martinez v. State, Wiggins v. State, Marks v. State, Edwards v. State, Weldon v. State and the PDR in Fletcher v. State. Counsel is diligently working on the brief in this case, but requests additional time to research and confer with the client.

V.

This request is made not to delay the proceedings, but to ensure the Mr. Williams is adequately represented.

WHEREFORE, PREMISES CONSIDERED, Mr. Williams respectfully prays that this motion be granted and that the Court permits an extension of time until December 14, 2015, to file the appellate brief.

Respectfully Submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County Texas


/s/ Daucie Schindler
DAUCIE SCHINDLER
Assistant Public Defender
Harris County Texas
1201 Franklin, 13th Floor
Houston, Texas 77002
(713) 274-6717
(713) 368-9278 Fax
Daucie.Schindler@pdo.hctx.net

Attorney for Appellant,
DAVID ERNEST WILLIAMS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time Within Which to File Appellate Brief was e-mailed to the Appellate Division of the Harris County District Attorney's Office on this 13th day of November, 2015.

/s/ Daucie Schindler
DAUCIE SCHINDLER